**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregory GORDON, Defendant–
Appellant.**

**No. 05–30664.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 2, 2006.

Robert William Piedrahita, Assistant U.S. Attorney, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Gregory Gordon, Port Allen, LA, pro se.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gregory Gordon has moved to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gordon has filed a response to counsel's motion to withdraw.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, Gordon's motion for appointment of counsel is DENIED, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.